UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDEARC MEDIA CORPORATION,
   Plaintiff,

             Case No. 1:07-cv-475

-v-

             HON. PAUL L. MALONEY

HETTINGER & HETTINGER., P.C.,
   Defendant.


ORDER DENYING PLAINTIFF/COUNTER-DEFENDANT IDEARC MEDIA
CORPORATION'S MOTION TO DISMISS


   Plaintiff/Counter-Defendant Idearc's Motion to Dismiss (Dkt. No. 7) is **DENIED.**

Plaintiff/Counter-Defendant has not established that Texas law governs the countercomplaint.

Defendant has challenged the veracity of the exhibits which have been offered to establish the

existence of a contract governing the relationship between the two parties in 2006.  **IT IS SO**

**ORDERED.**


Dated: September 4, 2007

         /s/ Paul L. Maloney
         _____
         Honorable Paul L. Maloney
         United States District Court Judge